# UNITED STATES DISTRICT COURT
## District of Maine

| | | |
|---|---|---|
| **DANIEL A. TRASK,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **Civil No. 06-30-B-S** |
| | ) | |
| **ANDREWS B. CAMPBELL,** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on April 14, 2006, her Recommended Decision (Docket No. 14).  On April 18, 2006, Plaintiff filed his Objection (Docket No. 15).  On April 26, 2006, Plaintiff filed his modified Objection with attachments (Docket No. 16).  On May 3, 2006, Defendant filed his Response to Objection (Docket No. 17).

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1.      It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2.      Defendant's Motion to Dismiss (Docket No. 10) is GRANTED.

/s/ George Z. Singal
Chief U.S. District Judge

Dated:  May 4, 2006.